FILED: October 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1142 (L)
(2:22-cv-00193)

_____

BENJAMIN MEADOWS

  Plaintiff - Appellee

v.

CEBRIDGE ACQUISITION, LLC; CEQUEL III COMMUNICATIONS I, LLC; CEQUEL III COMMUNICATIONS II, LLC; ALTICE USA

  Defendants - Appellants

_____

No. 23-1145
(2:22-cv-00188)

_____

RICHARD CHATY

  Plaintiff - Appellee

v.

CEBRIDGE ACQUISITION, LLC; CEQUEL III COMMUNICATIONS I, LLC; CEQUEL III COMMUNICATIONS II, LLC; ALTICE USA

  Defendants – Appellants

_____

No. 23-1146
(2:22-cv-00184)

_____

ROXIE GOOCH

    Plaintiff - Appellee

v.

CEBRIDGE ACQUISITION, LLC; CEQUEL III COMMUNICATIONS I, LLC; CEQUEL III COMMUNICATIONS II, LLC; ALTICE USA

    Defendants - Appellants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 23-1142 and Case Nos. 23-1145 and 23-1146. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                        For the Court--By Direction

                        <u>/s/ Nwamaka Anowi, Clerk</u>